```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :   25cv644(DLC)
CLARA DE LEON and ERIC W. MIRSBERGER,  :
JR., individually and on behalf of all :   ORDER
others similarly situated,             :
                                       :
                       Plaintiffs,     :
            -v-                        :
                                       :
DRAFTKINGS, INC., et al.,              :
                                       :
                       Defendants.     :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

An Order of January 28, 2025 scheduled an initial pretrial conference in this case for March 27. On February 7, the defendants waived service of summons such that the answer is due April 8. Accordingly, it is hereby

ORDERED that the March 27 initial pretrial conference is adjourned to **April 11, 2025** at **2:00 p.m**.

IT IS FURTHER ORDERED that the plaintiffs shall promptly serve this Order on the defendants and file proof of such service on ECF by **February 24, 2025**.

Dated:     New York, New York
           February 20, 2025

                                    _____
                                          DENISE COTE
                                    United States District Judge