# WILMERHALE

Alan E. Schoenfeld

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

March 4, 2025

**BY ECF**

The Hon. Denise Cote
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *De Leon v. DraftKings Inc.*, No. 25-cv-00644

Dear Judge Cote:

On behalf of DraftKings Inc. and Crown NY Gaming Inc. and pursuant to Rule 1.D. of this Court's Individual Rules, we write to respectfully request an adjournment of the April 11, 2025 initial pretrial conference to avoid a conflict with a long-scheduled trial.

Plaintiffs consent to this request. The parties have conferred and propose that the initial pretrial conference be adjourned to May 9, 2025. This is the first request for an adjournment of the conference, and it will not affect any other scheduled dates.

Respectfully submitted,

/s/ Alan Schoenfeld
Alan Schoenfeld

*[Handwritten: The conference is adjourned to May 23 at 2:00 pm. Denise Cote 3/5/25]*

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington