# WILMERHALE

March 17, 2025

**BY ECF**

Alan E. Schoenfeld

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

*[Handwritten note: The conference is scheduled for May 2 at 10:30 a.m. /s/ Denise Cote 3/18/25]*

Hon. Denise Cote
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *De Leon v. DraftKings Inc.*, No. 25-cv-00644

Dear Judge Cote:

On behalf of DraftKings Inc. and Crown NY Gaming Inc. and pursuant to Rule 1.D. of this Court's Individual Rules, we write to respectfully request an adjournment of the May 23, 2025 initial pretrial conference to avoid a conflict with a family obligation. I previously requested that the Court adjourn the April 11, 2025 initial pretrial conference to avoid a conflict with a trial. The parties proposed May 9 as an alternative date; the Court rescheduled the conference for May 23, when I have a conflicting family obligation. I apologize for the imposition on the Court's time and recognize I should have proposed multiple alternative dates for the Court's consideration.

Plaintiffs consent to this request. The parties have conferred and propose that the initial pretrial conference be adjourned to May 2, May 16, June 6, or June 13, 2025. This is the second request for an adjournment of the conference, and it will not affect any other scheduled dates.

Respectfully submitted,

/s/ Alan Schoenfeld
Alan Schoenfeld