UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Clara De Leon and Eric W. Mirsberger Jr., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br><br><br>DraftKings Inc.; Crown NY Gaming Inc.,<br><br>Defendants. | Case No. 1:25-cv-00644<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that as soon as it may be heard, in the courtroom of the Honorable Denise Cote, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY, 10007, with oral argument to be held on a date and time to be designated by the Court, Defendants DraftKings Inc. and Crown NY Gaming Inc., will and hereby do move this Court for an order dismissing plaintiffs' complaint against them for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure and for lack of standing under Rule 12(b)(1) of the Federal Rules of Civil Procedure.

Defendants' motion is based on this Notice of Motion; Defendants' Memorandum of Law in Support of its Motion to Dismiss; the accompanying Declaration of Gary Wimbridge In Support of DraftKings' Motion to Dismiss and the exhibit thereto; the accompanying Declaration of Sarah Peterson In Support of DraftKings' Motion to Dismiss and the exhibits thereto; any arguments of counsel; and any other such materials properly considered by the Court at any hearing on this motion.

DATED:  April 8, 2025                    Respectfully Submitted,


By:       /s/ Alan Schoenfeld
       Alan Schoenfeld
       WILMER CUTLER PICKERING
       HALE AND DORR LLP
       7 World Trade Center
       250 Greenwich Street
       New York, NY 10007
       Telephone: 212-937-7294
       Email:   alan.schoenfeld@wilmerhale.com


Richard R. Patch *(pro hac vice)*
Clifford E. Yin *(pro hac vice)*
Christopher J. Wiener *(pro hac vice)*
Sarah E. Peterson *(pro hac vice)*
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:  ef-rrp@cpdb.com
      ef-cey@cpdb.com
      ef-cjw@cpdb.com
      ef-sep@cpdb.com

Attorneys for Defendants
DraftKings Inc. and Crown NY Gaming Inc.