```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
CLARA DE LEON and ERIC W. MIRSBERGER,   :
JR., individually and on behalf of all  :
others similarly situated,              :        25cv644 (DLC)
                                        :
                 Plaintiffs,            :        ORDER
                                        :
              -v-                       :
                                        :
DRAFTKINGS, INC., et al.,               :
                                        :
                 Defendants.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On April 8, 2025, defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(1) and (b)(6), Fed. R. Civ. P. An Order of April 9 set a deadline for the plaintiffs to amend the complaint if they chose to do so. On April 29, the plaintiffs submitted a motion expressing their intent to amend the complaint and requesting an extension of time to do so. Accordingly, it is hereby

ORDERED that the plaintiffs' April 29 request is granted. The amended complaint is due **May 16, 2025.**

IT IS FURTHER ORDERED that the defendants' April 8 motion to dismiss is denied as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by **June 6, 2025**

- Opposition served by **June 20, 2025**
- Reply served by **June 27, 2025**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
April 30, 2025

_____
DENISE COTE
United States District Judge