# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Clara De Leon, Eric W. Mirsberger Jr., Joseph Mitchell, and Edward Mendez, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DraftKings, Inc.; Crown NY Gaming LLC,<br><br>Defendants. | Case No. 1:25-cv-00644<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT** |

**PLEASE TAKE NOTICE** that as soon as it may be heard, in the courtroom of the Honorable Denise Cote, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY, 10007, with oral argument to be held on a date and time to be designated by the Court, Defendants DraftKings Inc. and Crown NY Gaming Inc., will and hereby do move this Court for an order dismissing plaintiffs' complaint against them for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure and for lack of standing under Rule 12(b)(1) of the Federal Rules of Civil Procedure.

Defendants' motion is based on this Notice of Motion; Defendants' Memorandum of Law in Support of its Motion to Dismiss Plaintiffs' First Amended Complaint; the accompanying Declaration of Gary Wimbridge In Support of DraftKings' Motion to Dismiss and the exhibits thereto; the accompanying Declaration of Jeremy McAuley In Support of DraftKings' Motion to Dismiss and the exhibits thereto; any arguments of counsel; and any other such materials properly considered by the Court at any hearing on this motion.

DATED: June 20, 2025 Respectfully Submitted,

By: */s/ Richard R. Patch*
Richard R. Patch *(pro hac vice)*
Clifford E. Yin *(pro hac vice)*
Christopher J. Wiener *(pro hac vice)*
Sarah E. Peterson *(pro hac vice)*
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-rrp@cpdb.com
            ef-cey@cpdb.com
            ef-cjw@cpdb.com
            ef-sep@cpdb.com

Alan Schoenfeld
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-937-7294
Email:   alan.schoenfeld@wilmerhale.com

Andrew Dulberg *(pro hac vice)*
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: 617-526-6352
Email:   andrew.dulberg@wilmerhale.com

Attorneys for Defendants
DraftKings Inc. and Crown NY Gaming Inc.