# LOEVY + LOEVY

July 15, 2025

**Via CM/ECF**
United States District Court
Southern District of New York
Honorable Judge Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007-1312

RE: *De Leon v. DraftKings, Inc.*, Case No. 25-cv-644: Unopposed Letter Motion for Leave to File 10,000 Word Memorandum in Opposition to Motion to Dismiss

Dear Judge Cote:

    I write on behalf of the Plaintiffs in the above-captioned putative class action to seek leave to file a 10,000 word Memorandum in Opposition to Defendants' Motion to Dismiss—1,250 words above the default word limit in this District of 8,750. Defendants do not oppose this request.

    Plaintiffs filed a fifteen count Amended Complaint alleging Defendants engaged in several tortious and deceptive practices. Defendants have filed a robust Motion to Dismiss, articulating twenty-five bases on which they believe they are entitled to dismissal of Plaintiffs' claims.

    Plaintiffs understand that the default page limit exists to protect the Court's valuable time. Plaintiffs respectfully submit, however, that a small enlargement of the maximum word count is necessary to adequately develop the many, somewhat novel, issues raised by the Amended Complaint and Defendants' Motion. Ultimately, Plaintiffs believe that the Court and justice will be served by allowing them adequate space to brief their opposition to the Defendants' Motion.

RESPECTFULLY SUBMITTED,

s/ Isaac Green
One of counsel for Plaintiffs

Anand Swaminathan
Michael Kanovitz (*pro hoc vice*)
Jon Loevy (*pro hoc vice*)
Isaac Green (*pro hoc vice*)
Aaron Tucek (*pro hoc vice*)

LOEVY & LOEVY

July 15, 2025                                              Page **2** of **3**

                                                  311 N Aberdeen Street, Suite 3
                                                  Chicago, IL 60607
                                                  (312) 243-5900
                                                  green@loevy.com

cc: All parties via CM/ECF