IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Clara De Leon, Eric W. Mirsberger Jr., Joseph Mitchell, and Edward Mendez, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DraftKings, Inc.; Crown NY Gaming, Inc.,<br><br>*Defendants*. | Case No. 1:25-cv-00644 |

<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)(1)(A)</u>

1. Plaintiffs Clara De Leon, Eric W. Mirsberger Jr., Joseph Mitchell, and Edward Mendez filed their amended complaint on May 16, 2025. Dkt. 54.
2. Defendants moved to dismiss on June 20, 2025, Dkt. 55, and briefing was completed on August 4, 2025, Dkt. 67.
3. On December 11, 2025, the Court entered an opinion dismissing Plaintiffs' First Amended Compliant based on various pleading deficiencies. Dkt. 70.
4. The Defendants have neither filed an answer nor a motion for summary judgment.
5. In light of the foregoing, court approval is not necessary to effectuate this voluntary dismissal. *See Thorp v. Scarne*, 599 F.2d 1169, 1175 (2d Cir. 1979) (text of Rule 41 is strictly construed); *Kaszovitz v. Qiao Xing Universal Res., Inc.*, No. 12-cv-3745 RWS, 2012 WL 3224341, at *4 (S.D.N.Y. Aug. 7, 2012) (court approval not required under Rule 23 for dismissal of action brough on behalf of putative class).
6. Accordingly, Plaintiffs respectfully submit this notice of voluntary dismissal of their claims pursuant to Rule 41(a)(1)(A).

Dated: December 19, 2025

Respectfully submitted,

<u>/s/ Isaac Green</u>
Isaac Green (*pro hac vice*)
Jon Loevy (*pro hac vice*)
Michael Kanovitz (*pro hac vice*)__
Anand Swaminathan

Aaron Tucek (*pro hac vice*)__
Alexandra Wolfson(*pro hac vice*)__
LOEVY & LOEVY
311 N Aberdeen Street, Suite 3
Chicago, IL 60607

__

## **CERTIFICATE OF SERVICE**

   I, Isaac Green, the undersigned attorney, certify that on December 19, 2025, I caused the foregoing Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Rule 41(a)(1)(A) to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

Dated: December 19, 2025

   */s/ Isaac Green*

   Attorney for Plaintiffs