```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :      25cv644(DLC)
CLARA DE LEON and ERIC W. MIRSBERGER,    :
JR., individually and on behalf of all   :      ORDER
others similarly situated,               :
                                         :
                            Plaintiffs,  :
               -v-                       :
                                         :
DRAFTKINGS, INC., et al.,                :
                                         :
                            Defendants.  :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion of December 11, 2025 granted defendants' motion to dismiss the amended class action complaint.  On December 19, the plaintiffs filed a notice of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A), Fed. R. Civ. P.  On January 22, 2026, the defendants filed a motion for entry of judgment in their favor.  Accordingly, it is hereby

ORDERED that the plaintiffs shall file their opposition brief by **January 27, 2026.**  The defendants' reply brief, if any, must be filed by **January 29, 2026.**

IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street,

New York, New York.

Dated:    New York, New York
          January 22, 2026

                                    _____
                                    DENISE COTE
                                    United States District Judge