**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CLARA DE LEON and ERIC W. MIRSBERGER,
JR., individually and on behalf of all others
similarly situated,

                          Plaintiffs,

          -against-                                                      25 **CIVIL** 644 (DLC)

                                                                         **JUDGMENT**

DRAFTKINGS, INC., et al.,

                          Defendants.
-----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated January 29, 2026, the defendants'

January 22, 2026 motion for entry of judgment is granted.  Judgment is entered for the

defendants; accordingly, the case is closed.

**Dated:**  New York, New York

          February 2, 2026

                                                      **TAMMI M. HELLWIG**
                                             _____
                                                        **Clerk of Court**

                              **BY:**            K. mango
                                             _____
                                                        **Deputy Clerk**